IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LARICCO EUGENE SHERRILL, SR., a/k/a "Senior," a/k/a "Rico," a/k/a "Big Rico," a/k/a "Big Reek" | **DOCKET NO.** 3:22-cr160-KDB<br><br>**BILL OF INDICTMENT**<br><br>**Violations:** 21 U.S.C. § 846<br>21 U.S.C. § 841(a)(1) |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
*(Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine, Fentanyl, Cocaine Base, Cocaine, and Marijuana)*

From at least in or about January 2020, and continuing through on or about August 17, 2021, within the Western District of North Carolina, and elsewhere, the defendant,

**LARICCO EUGENE SHERRILL, SR., a/k/a "Senior," a/k/a "Rico," a/k/a "Big Rico," a/k/a "Big Reek,"**

did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown to the Grand Jury, to distribute and possess with the intent to distribute a controlled substance, which violation involved: (i) methamphetamine (actual), a Schedule II controlled substance; (ii) a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4 piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance; (iii) a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance; (iv) a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; and (v) a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance; all in violation of Title 21, United States Code, Section 841(a)(1).

### Quantity of Methamphetamine (Actual) Involved

It is further alleged that, with respect to the conspiracy offense charged in Count One, fifty (50) grams or more of methamphetamine (actual) is attributable to defendant **LARICCO EUGENE SHERRILL, SR., a/k/a "Senior," a/k/a "Rico," a/k/a "Big Rico," a/k/a "Big Reek,"** as a result of his own conduct and the conduct of other conspirators reasonably foreseeable to him. Accordingly, Title 21, United States Code, Section 841(b)(1)(A) applies.

### Quantity of Fentanyl Involved

It is further alleged that, with respect to the conspiracy offense charged in Count One, forty (40) grams or more of a mixture and substance containing a detectable amount of fentanyl is attributable to defendant **LARICCO EUGENE SHERRILL, SR., a/k/a "Senior," a/k/a "Rico," a/k/a "Big Rico," a/k/a "Big Reek,"** as a result of his own conduct and the conduct of other conspirators reasonably foreseeable to him. Accordingly, Title 21, United States Code, Section 841(b)(1)(B) applies.

### Quantity of Cocaine Base Involved

It is further alleged that, with respect to the conspiracy offense charged in Count One, twenty-eight (28) grams or more of a mixture and substance containing a detectable amount of cocaine base is attributable to defendant **LARICCO EUGENE SHERRILL, SR., a/k/a "Senior," a/k/a "Rico," a/k/a "Big Rico," a/k/a "Big Reek,"** as a result of his own conduct and the conduct of other conspirators reasonably foreseeable to him. Accordingly, Title 21, United States Code, Section 841(b)(1)(B) applies.

### Quantity of Cocaine Involved

It is further alleged that, with respect to the conspiracy offense charged in Count One, five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine is attributable to defendant **LARICCO EUGENE SHERRILL, SR., a/k/a "Senior," a/k/a "Rico," a/k/a "Big Rico," a/k/a "Big Reek,"** as a result of his own conduct and the conduct of other conspirators reasonably foreseeable to him. Accordingly, Title 21, United States Code, Section 841(b)(1)(B) applies.

### Quantity of Marijuana Involved

It is further alleged that, with respect to the conspiracy offense charged in Count One, a quantity of a mixture and substance containing a detectable amount of marijuana is attributable to defendant **LARICCO EUGENE SHERRILL, SR., a/k/a "Senior," a/k/a "Rico," a/k/a "Big Rico," a/k/a "Big Reek,"** as a result of his own conduct and the conduct of other conspirators reasonably foreseeable to him. Accordingly, Title 21, United States Code, Section 841(b)(1)(D) applies.

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO
*(Distribution of Methamphetamine)*

On or about February 25, 2021, within the Western District of North Carolina, the defendant,

**LARICCO EUGENE SHERRILL, SR., a/k/a "Senior," a/k/a "Rico," a/k/a "Big Rico," a/k/a "Big Reek,"**

did knowingly and intentionally distribute a controlled substance, which violation involved methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1).

### Quantity of Methamphetamine (Actual) Involved

With respect to defendant **LARICCO EUGENE SHERRILL, SR., a/k/a "Senior," a/k/a "Rico," a/k/a "Big Rico," a/k/a "Big Reek,"** the offense charged in Count Two involved fifty (50) grams or more of methamphetamine (actual). Accordingly, Title 21, United States Code, Section 841(b)(1)(A) applies.

## NOTICE OF FORFEITURE

Notice is hereby given of the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c). The following property is subject to forfeiture in accordance with Sections 853, 924, and/or 2461(c):

a. All property which constitutes or is derived from proceeds of the violations set forth in this Bill of Indictment;

b. All property used or intended to be used in any manner or part to commit or facilitate such violations;

c. All firearms or ammunition involved in or used in such violations; and

d. If, as set forth in Title 21, United States Code, Section 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a), (b), and (c).

A TRUE BILL

FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

TAYLOR G. STOUT
ASSISTANT UNITED STATES ATTORNEY

4